**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

CARL GARRETT,

      Petitioner,

      v.

JACOB BEASLEY,

      Respondent.

CIVIL ACTION NO.: 4:25-cv-53

**O R D E R**

Before the Court is the Magistrate Judge's February 27, 2026 Report and Recommendation, (doc. 16), to which no objections have been filed.  After a careful de novo review, the Court agrees with the Magistrate Judge's recommendations.  The Report and Recommendation is, therefore, **ADOPTED**.  (Doc. 16.)  Respondent's Motion to Dismiss is **GRANTED**.  (Doc. 13.)  Garrett's Petition is **DISMISSED** as untimely.  (Doc. 1.)  Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).

And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 26th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2